Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30281−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mariela Blanco
321 64TH ST
West New York, NJ 07093

Social Security No.:
xxx−xx−2896

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/17/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 17, 2018
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 18-30281-JKS
Mariela Blanco                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 17, 2018
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
```
db          +Mariela Blanco,    321 64TH ST,    West New York, NJ 07093-8808
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,    RAS Citron, LLC,
             130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    McCalla Raymer Leibert Pierce, LLC,
             99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr          +Specialized Loan Servicing LLC,    c/o Bonial & Associates, P.C.,    14841 Dallas Parkway,
             Suite 425,    Dallas, TX 75254-8067
517807837   +NATIONSTAR,    PO BOX 630268,    Irving, TX 75063-0268
517830851  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court:  Nationstar Mortgage LLC,    Bankruptcy Deparment,    PO Box 619096,
             Dallas, TX 75261-9741)
517885392    Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
             West Palm Beach, FL 33416-4605
517833999   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
517895238   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:05     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2018 00:14:01     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517826832   +E-mail/Text: bankruptcynotice@franklincredit.com Dec 18 2018 00:13:28
             DEUTSCHE BANK NATIONAL TRUST COMPANY,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
             Fairfield, NJ 07004-2927
517810297   +EDI: RMSC.COM Dec 18 2018 04:44:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
```
              Anthony F. Sarsano    on behalf of Debtor Mariela  Blanco anthonyfsarsano@yahoo.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
               INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR12
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Inc. Mortgage Pass-Through Certifi NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer
               for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan
               Chase Bank, N.A. as Trustee for Structured Asset Mo NJ_ECF_Notices@McCalla.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Dec 17, 2018
                               Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as
           successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
           Investments II Inc. Mortgage Pass-Through Certifi smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 10